472 A.2d 262

Kozain, et ux. v. Bologna Coal Co., Appellant.

Argued December 1, 1983. Harvey A. Zalevsky, for appellant; William J. Ober, for appellees.

Before ROWLEY, WIEAND and HESTER, JJ.

Order affirmed.